IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Heinlein, Kristen | Case Number: 04 B 34437 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 9/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: November 20, 2008
Confirmed: November 4, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 9,180.00 | |
| Secured: | | 2,080.38 |
| Unsecured: | | 5,215.87 |
| Priority: | | 0.00 |
| Administrative: | | 1,394.00 |
| Trustee Fee: | | 489.75 |
| Other Funds: | | 0.00 |
| Totals: | 9,180.00 | 9,180.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph Wrobel Ltd | Administrative | 1,394.00 | 1,394.00 |
| 2. | Nationwide Acceptance Corp | Secured | 2,080.38 | 2,080.38 |
| 3. | Jefferson Capital | Unsecured | 156.27 | 1,168.14 |
| 4. | Nationwide Acceptance Corp | Unsecured | 195.97 | 1,464.87 |
| 5. | ECast Settlement Corp | Unsecured | 51.19 | 382.66 |
| 6. | Premier Bankcard | Unsecured | 40.41 | 302.06 |
| 7. | RoundUp Funding LLC | Unsecured | 77.51 | 579.38 |
| 8. | Merrick Bank | Unsecured | 86.23 | 644.57 |
| 9. | Capital One | Unsecured | 90.19 | 674.19 |
| 10. | Allied Interstate | Unsecured | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | Fox College | Unsecured | | No Claim Filed |
| 13. | C. U. Recovery | Unsecured | | No Claim Filed |
| 14. | Leslie Veon | Unsecured | | No Claim Filed |
| 15. | Village of Oak Lawn | Unsecured | | No Claim Filed |
| 16. | Parkview Orthopaedic Group | Unsecured | | No Claim Filed |
| 17. | Northwest Premium Services | Unsecured | | No Claim Filed |
| 18. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 19. | University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| 20. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| | | | $ 4,172.15 | $ 8,690.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Heinlein, Kristen

Printed: 11/25/08

Case Number:  04 B 34437
Judge:  Wedoff, Eugene R
Filed:  9/16/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 82.87 |
| 4% | 20.40 |
| 3% | 15.30 |
| 5.5% | 154.28 |
| 5% | 12.75 |
| 4.8% | 73.45 |
| 5.4% | 130.70 |
|  | $ 489.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

